1 | RICHARD DOYLE, City Attorney (#88625)
NORA FRIMANN, Assistant City Attorney (#93249)
2 | CLIFFORD GREENBERG, Senior Deputy City Attorney (#122612)
Office of the City Attorney
3 | 200 East Santa Clara Street
San Jose, California  95113
4 | Telephone:    (408) 535-1900
Facsimile:    (408) 998-3131
5 | Email:      cao.main@sanjoseca.gov

6 | Attorneys for Defendants CITY OF SAN JOSE
and OFFICERS MUTO, BIELECKI, SANCHEZ,
7 | and GONZALES

*IT IS SO ORDERED*

*Judge James Ware*

8/11/2010

8 | UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
9 | SAN JOSE FACILITY

10 |

11 | STEPHEN BRADLEY, an individual,            NO.:   CV10-01947 JW

12 |              Plaintiff,                   **STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT**

13 |              v.

14 | SAN JOSE POLICE OFFICER K. MUTO
(Badge No. 3280), SAN JOSE POLICE
15 | OFFICER BIELECKI (BADGE No. 3579),
SAN JOSE POLICE OFFICER B.
16 | SANCHEZ (Badge No. 3498), SAN JOSE
POLICE OFFICER GONZALES (Badge
17 | No. 3771), CITY OF SAN JOSE, and SAN
JOSE POLICE DEPARTMENT, and
18 | DOES 1-200,

19 |              Defendants.

20 |

21 | / / /

22 | / / /

23 | / / /

24 | / / /

25 | / / /

26 | / / /

27 | / / /

28 | / / /

STIP EXTENDING TIME TO RESP. TO          1                                678844
COMPLAINT; CV10-01947 JW

1    IT IS STIPULATED BETWEEN THE PARTIES THAT:

2        Pursuant to Northern District Local Rule 6-1(a), the parties agree that Defendants,

3    CITY OF SAN JOSE, OFFICERS MUTO, BIELECKI, SANCHEZ, and GONZALES, shall have

4    until August 12, 2010, to file a responsive pleading.  This extension will not affect any event or

5    deadline already fixed by Court Order.

6

7    DATED:       July 26, 2010              RICHARD DOYLE, City Attorney

8
                                            By: __/s/ Clifford S. Greenberg_____
9                                                 CLIFFORD S. GREENBERG
                                                  Senior Deputy City Attorney
10
                                            Attorneys for Defendants CITY OF SAN
11                                          JOSE and OFFICER MUTO, BIELECKI,
                                            SANCHEZ and GONZALES
12

13
                                            LAW OFFICES OF ANTHONY E. PAGKAS
14   DATED:       July 26, 2010

15                                          By: __/s/ Anthony E. Pagkas_____
                                                  ANTHONY E. PAGKAS
16
                                            Attorneys for Plaintiff
17                                          STEPHEN BRADLEY

18
         I affirm that Plaintiff's counsel has consented to the electronic filing of this document on
19
     Plaintiff's behalf.
20
     DATED:       July 26, 2010              RICHARD DOYLE, City Attorney
21

22                                          By: _____/s/ Clifford S. Greenberg__
                                                  CLIFFORD S. GREENBERG
23                                                Senior Deputy City Attorney

24                                          Attorneys for Defendants CITY OF SAN
                                            JOSÉ and OFFICERS MUTO, BIELECKI,
25                                          SANCHEZ, and GONZALES

26

27

28