IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Stephen Bradley, | NO. C 10-01947 JW |
| Plaintiff, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| K. Muto, et al., | |
| Defendants. | |

This case is scheduled for a Case Management Conference on November 15, 2010. In contravention of the Local Rules and the Court's Order, the parties filed a tardy Joint Case Management Conference Statement. Accordingly, the Court CONTINUES the Conference to **November 22, 2010 at 10 a.m.**

Dated: November 10, 2010

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Christopher James D'Anjou christopher.danjou@gmail.com
Clifford S. Greenberg cao.main@sanjoseca.gov

| | |
|---|---|
| **Dated:  November 10, 2010** | **Richard W. Wieking, Clerk** |
| | **By:  /s/ JW Chambers**<br>        **Elizabeth Garcia**<br>        **Courtroom Deputy** |

2