United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEPHEN BRADLEY, | CASE NO. 5:10-cv-01947 EJD |
| Plaintiff(s), | **ORDER REFERRING CASE TO MAGISTRATE JUDGE SETTLEMENT CONFERENCE** |
| v. | |
| SAN JOSE POLICE OFFICER K. MUTO, et. al., | |
| Defendant(s). | |

Pursuant to ADR Local Rule 7-2, the above-entitled case is hereby referred to Magistrate Judge Paul S. Grewal for a settlement conference to occur no later than May 31, 2012. The parties are instructed to contact Judge Grewal's chambers directly arrange a date for the conference.

This case is also scheduled for a Status Conference on **June 1, 2012, at 11:00 a.m.** The parties shall file a Joint Status Conference Statement which, inter alia, provides an update as to the progress of this case on or before May 25, 2012.

**IT IS SO ORDERED.**

Dated:  March 23, 2012

EDWARD J. DAVILA
United States District Judge

1
CASE NO. 5:10-cv-01947 EJD
ORDER REFERRING CASE TO MAGISTRATE JUDGE SETTLEMENT CONFERENCE