United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEPHEN BRADLEY, | CASE NO. 5:10-cv-01947 EJD |
| Plaintiff(s), | **ORDER RE: MOTIONS IN LIMINE** |
| v. | |
| SAN JOSE POLICE OFFICER K. MUTO, et. al., | [Docket Item No(s). 38, 39] |
| Defendant(s). | |

The above-entitled action came on for Final Pretrial Conference on September 11, 2012, before the Honorable Edward J. Davila. Presently before the court are Plaintiff's motions in limine. See Docket Item Nos. 37, 38. Having considered the parties' moving and responding papers as well as the arguments of counsel, the court rules as follows:

Plaintiffs' motion to exclude any reference to Plaintiff's arrest on July 20, 2012 (Docket Item No. 38) is GRANTED.

Plaintiffs' motion to exclude any reference to Plaintiff's employment history and earnings (Docket Item No. 39) is DENIED.

Defendants' oral motion to exclude witnesses from the courtroom, save for parties to this action, is GRANTED.

Defendants' oral motion to dismiss Monell claims is GRANTED in light of Plaintiff's concession that Monell liability cannot be supported.

**IT IS SO ORDERED.**

Dated: September 14, 2012

EDWARD J. DAVILA
United States District Judge

Case No. 5:10-cv-01947 EJD
ORDER RE: MOTIONS IN LIMINE

1