1  ANTHONY E. PAGKAS, State Bar No. 186112
   CHRISTOPHER J. D'ANJOU, State Bar No. 234299
2  The Law Office of Anthony E. Pagkas
   777 N. First St., Suite 250
3  San Jose, CA 95112
   Telephone: (408) 291-5401
4  Fax: (408) 291-5302

5  Attorneys for Plaintiff
   STEPHEN BRADLEY

## UNITED STATES DISTRICT COURT

## IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| STEPHEN BRADLEY, an individual<br><br>Plaintiff,<br><br>vs.<br><br>SAN JOSE POLICE OFFICER K. MUTO (Badge No. 3280), SAN JOSE POLICE OFFICER BIELECKI (Badge No. 3579), SAN JOSE POLICE OFFICER B. SANCHEZ (Badge No. 3498), SAN JOSE POLICE OFFICER GONZALES (Badge No. 3771), CITY OF SAN JOSE, and SAN JOSE POLICE DEPARTMENT, and DOES 1-200<br><br>Defendants. | Case No. CV10-01947 EJD<br><br>**STIPULATION AND ORDER RE: DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

Plaintiff STEPHEN BRADLEY ("Plaintiff") and Defendants SAN JOSE POLICE OFFICER K. MUTO (Badge No. 3280), SAN JOSE POLICE OFFICER BIELECKI (Badge No. 3579), SAN JOSE POLICE OFFICER B. SANCHEZ (Badge No. 3498), SAN JOSE POLICE OFFICER GONZALES (Badge No. 3771), CITY OF SAN JOSE, and SAN JOSE POLICE DEPARTMENT ("Defendants"), through their respective attorneys, hereby stipulate to the dismissal of the entire above-entitled action with prejudice against the Defendants.

1

IT IS SO STIPULATED.

Dated: October 4, 2012

        OFFICE OF THE CITY ATTORNEY, SAN JOSE

        /S/
        _____
        Richard North, Deputy City Attorney
        Attorneys for Defendants

Dated: October 4, 2012

        THE LAW OFFICE OF ANTHONY E. PAGKAS

        /S/
        _____
        Christopher J. D'Anjou
        Attorneys for Plaintiff

Pursuant to the above stipulation, Plaintiff's complaint and the entire action is dismissed with prejudice against Defendants.

IT IS SO ORDERED. The Clerk shall close this file.

October  5 , 2012

        _____
        Hon. Edward J. Davila